SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PAUL S. MALINGAGIO, Cal. Bar No. 90451
pmalingagio@sheppardmullin.com
DAVID A. DeGROOT, Cal. Bar No. 168073
ddegroot@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.403.6062

Attorneys for Plaintiff
CARSON INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC., a South Carolina corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>AMERICAN TECHNOLOGY NETWORK, CORP., a California corporation, dba American Technologies Network, American Technologies Network, Corp., and ATN Corp.,<br><br>               Defendant. | Case No.  3:14-cv-01769-NC<br><br>**DECLARATION OF DAVID A. DEGROOT IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**<br><br>Date: July 2, 2014<br>Time: 1:00 p.m.<br>Date action filed: April 16, 2014 |

       I, David A. DeGroot, declare as follows:

       1.    I am special counsel with the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for plaintiff Carson Industries, Inc. ("Carson") in the this action.  Except as otherwise noted, I have personal knowledge of the matters stated in this declaration.  If called upon to testify as a witness, I could and would testify competently to the matters in this declaration.

1          2.     This declaration is submitted in support of Carson's Opposition to
2   ATN's Motion to Dismiss.

3          3.     A true and correct copy of an email dated May 14, 2014 from John J.
4   Hartford to me and my colleague Paul Malingagio is attached hereto as Exhibit 1.

5          4.     A true and correct copy of my letter dated May 15, 2014 to John J.
6   Hartford, along with two proofs of service that were attached to that letter, is attached
7   hereto as Exhibit 2.

8          5.     A true and correct copy of an email string consisting of
9   correspondence among Mr. Hartford, Mr. Malingagio and me between May 16 and May
10  21, 2014 is attached hereto as Exhibit 3.

11         6.     A true and correct copy of an email dated June 9, 2014 from me to
12  John J. Hartford, which included a copy of the June 3, 2014 proof of service on James
13  Munn that is now Docket no. 14, is attached hereto as Exhibit 4. I also followed up with an
14  additional email to Mr. Hartford on June 11 requesting a response. Someone identifying
15  himself as from Mr. Hartford's office called my on or about June 12 to state that he would
16  pass along the email to Mr. Hartford. To date, I have not heard further from Mr. Hartford
17  or his office.

           I declare under penalty of perjury under the laws of the United States that the
    foregoing is true and correct.  Executed on June 17, 2014, at San Francisco, California.

                                            */s/ David A. DeGroot*
                                            DAVID A. DeGROOT