# David DeGroot

| | |
|---|---|
| From: | John Hartford <johnjhartford@yahoo.com> |
| Sent: | Wednesday, May 14, 2014 5:30 PM |
| To: | Paul Malingagio |
| Cc: | David DeGroot |
| Subject: | Re: Carson Industries, Inc. v. American Technology Network, Corp., No. 3:14-cv-01769-NC |

Dear Mr. Malingagio,

I will likely represent American Technology Network, Corp. ("ATN") in the above entitled action, provided service of process on ATN is effected in compliance with the applicable statute(s), which according to my information has not yet occurred.

I am sending this email in order to prevent mischief which may result in the event you mistakenly believe that service on ATN has been completed.

If you believe that service has been completed, it will be best for you to either transmit to me or file with the court the proof of service in order to be able to determine if the process server has been misleading.

Best regards,

John J. Hartford, Esq.
1423 Avondale Road
Hillsborough, CA 94010
415/525-6647