# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100 main
415.434.3947 fax
www.sheppardmullin.com

415.774.3230 direct
ddegroot@sheppardmullin.com

File Number:

May 15, 2014

**VIA E-MAIL AND U.S. MAIL**

John J. Hartford, Esq.
1423 Avondale Road
Hillsborough, CA 94010

E-Mail: johnjhartford@yahoo.com

Re: <u>Carson Industries, Inc. v. American Technology Network, Corp., No. 3:14-cv-01769-NC
Proof of service of summons</u>

Dear Mr. Hartford:

Our firm is counsel for plaintiff in the above-referenced matter. I am in receipt of your email to Paul Malingagio dated yesterday, which is attached.

Please let me know if you are retained to represent the defendant in this matter.

Service has been made on defendant in this matter and I attach the proof of service as you requested. If you have specific information on why the defendant may think that service has not been made, please advise.

I am unsure what you mean by "mischief" in your email, but I will not take a default of the defendant if it files a responsive pleading by May 23, 2014.

Very truly yours,

/signed/

David A. DeGroot


Attachments

cc:     Paul Malingagio, Esq.

| Attorney or Party without Attorney: <br> DAVID A. DEGROOT (CBN 168073) <br> SHEPPARD MULLIN RICHTER & HAMPTON LLP <br> FOUR EMBARCADERO CENTER <br> 17TH FLOOR <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415-434-9100 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: CARSON INDUSTRIES, INC.
Defendant: AMERICAN TECHNOLOGY NETWORK, CORP. ETC.

| PROOF OF SERVICE SUMMONS IN A CIVIL ACTI | Hearing Date: | Time: | Dept/Div: | Case Number: 3:14-CV-01769 NC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS; SETTLEMENT CONFERENCE STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS; TRIAL PREPARATION STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT.

3. a. Party served:   AMERICAN TECHNOLOGY NETWORK CORP.

4. Address where the party was served:   1341 SAN MATEO AVE.
   SOUTH SAN FRANCISCO, CA 94080

5. I served the party:
   b. by substituted service. On: Tue., Apr. 22, 2014 at: 1:50PM by leaving the copies with or in the presence of:
   ANDREA FUENTES, OFFICER MANAGER
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CARLOS E. CASTRO
   
   1138 Howard Street
   San Francisco, CA 94103
   Telephone  (415) 626-3111
   Fax  (415) 626-1331
   www.firstlegalnetwork.com

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  2011-0001142
      (iii) County:  San Francisco
      (iv) Expiration Date:  Wed, Nov. 11, 2015

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Apr. 23, 2014

   (CARLOS E. CASTRO)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL ACTIO

7029878  .she-sf.610303

| *Attorney or Party without Attorney:*<br>DAVID A. DEGROOT (CBN 168073)<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>FOUR EMBARCADERO CENTER<br>17TH FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-434-9100   *FAX No:* | For Court Use Only |
|---|---|
| *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Northern District Of California | |
| *Plaintiff:* CARSON INDUSTRIES, INC. | |
| *Defendant:* AMERICAN TECHNOLOGY NETWORK, CORP. ETC. | |

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:14-CV-01769 NC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS; SETTLEMENT CONFERENCE STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS; TRIAL PREPARATION STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:      Wed., Apr. 23, 2014
   b. Place of Mailing:     SAN FRANCISCO, CA 94103
   c. Addressed as follows: AMERICAN TECHNOLOGY NETWORK CORP.
                            1341 SAN MATEO AVE.
                            SOUTH SAN FRANCISCO, CA 94080

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Apr. 23, 2014 in the ordinary course of business.

5. *Person Serving:*
   a. Aaron Daniel, C.C.P.S.
   b. FIRST LEGAL
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c.

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  2012-0001059
      (iii) County:           San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Apr. 23, 2014

   (Aaron Daniel, C.C.P.S.)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

7029878 .she-sf.610303