**David DeGroot**

| | |
|---|---|
| **From:** | David DeGroot |
| **Sent:** | Monday, June 09, 2014 3:10 PM |
| **To:** | johnjhartford@yahoo.com |
| **Subject:** | Carson Industries v. ATN |
| **Attachments:** | POS on Mr Munn on June 3 2014.pdf; 4-Carson-American Tech-Order Setting Initial Case Management Conference and ADR Deadlines.pdf |

Dear Mr. Hartford,

We re-served your client on June 3 through its president and registered agent, James Munn. Please find attached a proof of service indicating this information.

Please advise (1) whether you intend will withdraw your current motion and (2) if ATN will answer or otherwise respond with something other than a service objection by June 24.

Please respond by noon on Wednesday, as I will need time to formulate a response to your motion if, for some reason, you won't withdraw it.

Also, I'd like to call to your attention that we are supposed to have a Rule 26 conference by June 25. (See attached order re initial case management conference.) Please advise re your availability for a call to discuss the Rule 26 agenda.

Regards,
David DeGroot


David DeGroot
415.774.3230 | direct
415.403.6062 | direct fax
DDeGroot@sheppardmullin.com | Bio

**Sheppard**Mullin
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
415.434.9100 | main
www.sheppardmullin.com