

# Purchase Order 11542

Order Date 07/28/10

**American Technologies Network Corp.**
1341 San Mateo Avenue
South San Francisco, CA 94080

Telephone 650/989-5100

**Vendor:**

Carson Industries Inc.
54 Saw Timber Drive
Hilton Head, SC 29926

**Ship To:**

Warehouse
ATN Corp
1341 San Mateo Ave
South San Francisco, CA 94080

| Vendor | Vendor Fax Number | Vendor Telephone Number | Ship Via | F.O.B. | Payment Terms |
|---|---|---|---|---|---|
| CARSIN | 423/648-6626 | 423/648-6624 | Best Way | SSF CA | Net 10 Days |
| Buyer | Confirming To | Remarks | Freight | Tax | Full Terms and Conditions |
|  |  | Quote 10170 | CIF | N | http://www.atncorp.com/po |

| Line | Qty. Ordered | Unit of Measure | Your Item Number | Our Item Number | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
|  | Qty. Received | Qty. Open | Item Description |  | Date Required |  |
| 1 | 1000 | EACH | CK0720 | COBDPVS7 | 599.450 | 599450.00 |
|  | 0 | 1000 | Body: PVS-7, w/ Nylon Case, Accessories Pack, (no headset) |  | 08/28/10 |  |

NonTaxable Subtotal   599450.00
Taxable Subtotal   0.00
Tax   0.00
Total Order   599450.00

ATN Corp./Buyer is the assured party under Open Cargo policy that covers all ATN Corp. insurable interests. By accepting this Purchase Order vendor/ Supplier agrees to all terms and conditions published on www.atncorp.com/po and will be responsible for any Excess Value Coverage. Please do NOT insure, do NOT declare value for insurance purposes or otherwise use carrier Excess Value Coverage on any shipments sent via Freight Collect on ATN Corp's account and/or sent on Vendor/Supplier account if Vendor/Supplier intends to charge ATN Corp. for any insurance coverage.

Print Date: 07/28/10   10:27 AM

Vendor Original

Authorized Signature

Page 1