

# Purchase Order 11843

Order Date 03/11/11

**American Technologies Network Corp.**
1341 San Mateo Avenue
South San Francisco, CA 94080

Telephone: 650/989-6100

Vendor:

Carson Industries Inc.
110 Nobel Court
Alpharetta, GA 30005

Ship To:

Warehouse
ATN Corp
1341 San Mateo Ave
South San Francisco, CA 94080

| Vendor | Vendor Fax Number | Vendor Telephone Number | Ship Via | F.O.B. | Payment Terms |
|---|---|---|---|---|---|
| CARSIN | 423/648-0828 | 404/550-4637 | Best Way | SSF CA | Net 10 Days |
| Buyer | Confirming To | Remarks | Freight | Tax | Full Terms and Conditions |
| | | Confirm Prices w/SO | CIF | N | http://www.atncorp.com/po |

| Line | Qty. Ordered / Qty. Received | Unit of Measure / Qty. Open | Your Item Number / Item Description | Our Item Number | Unit Price / Date Required | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10 / 0 | EACH / 10 | A3256391 / PVS Series 3x Afocal Lens | ACMPPVSXL3A | 325.000 / 03/11/11 | 3250.00 |

NonTaxable Subtotal    3250.00
Taxable Subtotal    0.00
Tax    0.00
Total Order    3250.00

ATN Corp./Buyer is the assured party under Open Cargo policy that covers all ATN Corp. insurable interests. By accepting this Purchase Order vendor/ Supplier agrees to all terms and conditions published on www.atncorp.com/po and will be responsible for any Excess Value Coverage. Please do NOT insure, do NOT declare value for insurance purposes or otherwise use carrier Excess Value Coverage on any shipments sent via Freight Collect on ATN Corp's account and/or sent on Vendor/Supplier account if Vendor/Supplier intends to charge ATN Corp. for any insurance coverage.

Print Date: 03/11/11   6:16 AM

Vendor Original                    Authorized Signature              Page   1