# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN NETWORK TECHNOLOGY CORPORATION, <br><br> Defendant. | Case No. 14-cv-01769 NC <br><br> **NOTICE OF DEFICIENCY** |

Defendant's opposition to plaintiff's motion for partial summary judgment, Dkt. No. 62, is past due. If defendant does not file a response by August 12, the Court intends to grant the motion.

IT IS SO ORDERED.

DATED: August 11, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-01769 NC
NOTICE OF DEFICIENCY