UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN TECHNOLOGY NETWORK, CORP.,<br><br>        Defendant. | Case No. 14-cv-01769-NC<br><br>**DENIAL OF DEFENDANT ATN'S NOTICE**<br><br>Re: Dkt. No. 76 |

The Court has reviewed defendant ATN's "Notice of Intent to File Motion for Sanctions and Motion for Expedited Hearing" filed September 15. Dkt. No. 76. As the "Notice" is not supported by admissible facts, cites no law, and is not accompanied by a proposed order, no response is required. To the extent ATN intends the Notice to request a stay or continuance, the request is DENIED for lack of good cause shown.

**IT IS SO ORDERED.**

Dated:  September 17, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 14-cv-01769-NC