UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC., | Case No. 14-cv-01769-NC |
| Plaintiff, | |
| v. | **ORDER RE: PRETRIAL** |
| | **CONFERENCE PREPARATION** |
| AMERICAN TECHNOLOGY NETWORK, CORP., | |
| Defendant. | |

This order directs further preparation for the Pretrial Conference:

1.     The Conference will be held in San Francisco, courtroom D, 15th Floor, on September 30, 2015, at 2:00 p.m.

2.     In light of the Court's ruling on Carson's motion for partial summary judgment, the parties must by September 29 at 5:00 p.m. file updated pretrial conference statements.

3.     Any motions in limine must be filed by September 29 at 5:00 p.m.  The motions may be no longer than 5 pages.

4.     The parties must each provide two copies of a tabbed binder containing proposed trial exhibits at the Pretrial Conference.

5.     Based on the remaining disputed issues, the Court suggests that each party will have 5 hours total to present its case to the jury.  The Court may additionally cap the

1    number of exhibits to be presented in evidence.

2        6.    By September 29 at 5:00 p.m. the parties must file an agreed upon one

3    paragraph statement of the case.  This statement will be read to the jurors at the beginning

4    of jury selection.

5        **IT IS SO ORDERED.**

6

7    Dated:  September 25, 2015            _____

8                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California