**EXHIBIT 3**

# Carson Industries Inc.

5959 Shallowford Road, Ste. 329
Chattanooga, TN 37421

ione: (423) 648-6624
Fax:  (423) 648-6626

# Packing Slip No. 11028

*Page 1 of 1*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

| *Ship Date* | **9/13/2010** |
|---|---|
| *Ship Via* | FEDEX Ground |

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---|---|---|---|---|---|
| **500** | **100** | **CK0720** | **EA** | **11453-B** | **11453** |
| | 200 | *Rev* | *FOB* | DESTINATION | |
| | | PVS-7D Goggle Kit | *Terms* | Net 30 days | |
| | | Kit Contains: | *Salesperson* | | |
| | | 1 ea  Rear Cover Assy w/ Eyecups A3144310 | | | |
| | | 1 ea Wired Body Housing  A3207330 | | | |
| | | 8 ea Washer  A3144314 | | | |
| | | 1 ea Neck Cord  A3144306 | | | |
| | | 1 ea Purge Screw A3144315 | | | |
| | | 1 ea Purge O-Ring  A3144316 | | | |
| | | 1 each Objective Lens Cover A3144318 | | | |
| | | 1 ea O-Ring  MS28775-044 | | | |
| | | 1 ea O-Ring  MS28775-032 | | | |
| | | 2 ea Washer, Flat  MS15795-802B | | | |
| | | 1 ea Eyepiece, A3144422 | | | |
| | | 10 ea Screw, Machine  MS51957-4B | | | |
| | | 1 ea Objective Lens Assembly A3144305 | | | |
| | | 1 ea Collimator A3172531 | | | |
| | | 1 ea Sacrificial Window A3140630 | | | |
| | | 2 ea Demist Shields A3144263 | | | |
| | | 1 ea Soft Carrying Case A3187392 | | | |

10 755

# Carson Industries Inc.

5959 Shallowford Road, Ste. 329
Chattanooga, TN ,37421

Phone: · '(423) 648-6624
Fax:      (423) 648-6626

## Invoice No. 3242

Page 1 of 1

| Shipping address: | American Technologies Network Corp<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone:  (800) 910-2862<br>Fax:      650-875-0219 | Ship Via: | FEDEX Ground |
|---|---|---|---|
| | | Fob desc: | DESTINATION |

| Account address: | **American Technologies Network Corp**<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone:   (800) 910-2862<br>Fax:       650-875-0219 |
|---|---|

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| 9/17/2010 | 10/17/2010 | Net 30 days | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 500 | 100 | **CK0720**<br>PVS-7D Goggle Kit | | EA | 599.45000 | $59,945.00 |

Kit Contains:
1 ea  Rear Cover Assy w/ Eyecups A3144310
1 ea Wired Body Housing  A3207330
8 ea Washer  A3144314
1 ea Neck Cord  A3144306
1 ea Purge Screw A3144315
1 ea Purge O-Ring  A3144316
1 each Objective Lens Cover  A3144318
1 ea O-Ring  MS28775-044
1 ea O-Ring  MS28775-032
2 ea Washer, Flat  MS15795-802B
1 ea Eyepiece, A3144422
10 ea Screw, Machine  MS51957-4B
1 ea Objective Lens Assembly A3144305
1 ea Collimator A3172531
1 ea Sacrificial Window A3140630
2 ea Demist Shields A3144263
1 ea Soft Carrying Case A3187392

| Shipment | 11028 | Our Order | 11453 | Your Order | 11453-B |
|---|---|---|---|---|---|

10 753

| Invoice Sub-total | $59,945.00 |
|---|---|
| Freight | $0.00 |
| Tax | $0.00 |
| **Invoice Total** | **$59,945.00** |

# Carson Industries Inc.

5959 Shallowford Road, Ste. 329
Chattanooga, TN  37421

Phone:  (423) 648-6624
   c:    (423) 648-6626

# Packing Slip No. 11031

*Page 1 of 1*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship Date*  **9/14/2010**
*Ship Via*   FEDEX Ground

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---------|-------------|---------------------|-----|-----------|-----------|
| 500 | 100 / 400 | CK0720 *Rev* PVS-7D Goggle Kit | EA | 11453-B | 11453 |

Kit Contains:
1 ea  Rear Cover Assy w/ Eyecups A3144310
1 ea Wired Body Housing  A3207330
8 ea Washer  A3144314
1 ea Neck Cord  A3144306
1 ea Purge Screw A3144315
1 ea Purge O-Ring  A3144316
1 each Objective Lens Cover A3144318
1 ea O-Ring  MS28775-044
1 ea O-Ring  MS28775-032
2 ea Washer, Flat  MS15795-802B
1 ea Eyepiece, A3144422
10 ea Screw, Machine  MS51957-4B
1 ea Objective Lens Assembly A3144305
1 ea Collimator A3172531
1 ea Sacrificial Window A3140630
2 ea Demist Shields A3144263
1 ea Soft Carrying Case A3187392

*FOB* DESTINATION
*Terms*  Net 30 days
*Salesperson*

*Received  9/20/10*

10 766

# Carson Industries Inc.

5959 Shallowford Road, Ste. 329
Chattanooga, TN 37421

Phone:  (423) 648-6624
Fax:  (423) 648-6626

## Invoice No. 3245

Page 1 of 1

| | | |
|---|---|---|
| *Shipping address:* | American Technologies Network Corp<br>1341 San Mateo Ave<br>S. San Fransisco, CA 94080<br>Phone:  (800) 910-2862<br>Fax:  650-875-0219 | **Ship Via:** FEDEX Ground<br>**Fob desc:** DESTINATION |
| *Account address:* | **American Technologies Network Corp**<br>1341 San Mateo Ave<br>S. San Fransisco, CA 94080<br>Phone:  (800) 910-2862<br>Fax:  650-875-0219 | |

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| 9/17/2010 | 10/17/2010 | Net 30 days | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 500 | 90 | CK0720 | | EA | 599.45000 | $53,950.50 |
| | | PVS-7D Goggle Kit | | | | |

Kit Contains:
1 ea  Rear Cover Assy w/ Eyecups A3144310
1 ea  Wired Body Housing  A3207330
8 ea  Washer  A3144314
1 ea  Neck Cord  A3144306
1 ea  Purge Screw A3144315
1 ea  Purge O-Ring  A3144316
1 each Objective Lens Cover  A3144318
1 ea  O-Ring  MS28775-044
1 ea  O-Ring  MS28775-032
2 ea  Washer, Flat  MS15795-802B
1 ea  Eyepiece, A3144422
10 ea Screw, Machine  MS51957-4B
1 ea  Objective Lens Assembly A3144305
1 ea  Collimator A3172531
1 ea  Sacrificial Window A3140630
2 ea  Demist Shields A3144263
1 ea  Soft Carrying Case A3187392
Shipment  11031     Our Order    11453     Your Order    11453-B
Please note, 100 Soft Cases were shipped against Shipment ID 11031, overage of 10 Soft Cases.  Shipment 11035 was short shipped 10 to equal out the difference.

| | |
|---|---|
| Invoice Sub-total | $53,950.50 |
| Freight | $0.00 |
| Tax | $0.00 |
| **Invoice Total** | **$53,950.50** |

10 769

# Carson Industries Inc.

5959 Shallowford Road, Ste. 329
Chattanooga, TN 37421

Phone: (423) 648-6624
Fax: (423) 648-6626

## Packing Slip No. 11035

*Page 1 of 1*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA 94080
Phone: (800) 910-2862
Fax: 650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA 94080
Phone: (800) 910-2862
Fax: 650-875-0219

*Ship Date* **9/15/2010**
*Ship Via* UPS Ground

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---|---|---|---|---|---|
| 500 | 30 | CK0720 | EA | 11453-B | 11453 |
| | 80 | *Rev* | | | |

FOB DESTINATION
Terms Net 30 days
Salesperson

PVS-7D Goggle Kit
Kit Contains:
1 ea Rear Cover Assy w/ Eyecups A3144310
1 ea Wired Body Housing A3207330
8 ea Washer A3144314
1 ea Neck Cord A3144306
1 ea Purge Screw A3144315
1 ea Purge O-Ring A3144316
1 each Objective Lens Cover A3144318
1 ea O-Ring MS28775-044
1 ea O-Ring MS28775-032
2 ea Washer, Flat MS15795-802B
1 ea Eyepiece, A3144422
10 ea Screw, Machine MS51957-4B
1 ea Objective Lens Assembly A3144305
1 ea Collimator A3172531
1 ea Sacrificial Window A3140630
2 ea Demist Shields A3144263
1 ea Soft Carrying Case A3187392

09 21.10
1 box UPS

# Carson Industries Inc.

5959 Shallowford Road, Ste. 329
Chattanooga, TN 37421

Phone: (423) 648-6624
Fax: (423) 648-6626

## Invoice No. 3249

Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| **Shipping address:** | American Technologies Network Corp | | **Ship Via:** | UPS Ground | |
| | 1341 San Mateo Ave | | **Fob desc:** | DESTINATION | |
| | S. San Fransisco, CA 94080 | | | | |
| | Phone: (800) 910-2862 | | | | |
| | Fax: 650-875-0219 | | | | |
| **Account address:** | **American Technologies Network Corp** | | | | |
| | 1341 San Mateo Ave | | | | |
| | S. San Fransisco, CA 94080 | | | | |
| | Phone: (800) 910-2862 | | | | |
| | Fax: 650-875-0219 | | | | |

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| 9/17/2010 | 10/17/2010 | Net 30 days | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 500 | 30 | CK0720 | | EA | 599.45000 | $17,983.50 |
| | | PVS-7D Goggle Kit | | | | |

Kit Contains:
1 ea  Rear Cover Assy w/ Eyecups A3144310
1 ea Wired Body Housing  A3207330
8 ea Washer  A3144314
1 ea Neck Cord  A3144306
1 ea Purge Screw A3144315
1 ea Purge O-Ring  A3144316
1 each Objective Lens Cover  A3144318
1 ea O-Ring  MS28775-044
1 ea O-Ring  MS28775-032
2 ea Washer, Flat  MS15795-802B
1 ea Eyepiece, A3144422
10 ea Screw, Machine  MS51957-4B
1 ea Objective Lens Assembly A3144305
1 ea Collimator A3172531
1 ea Sacrificial Window A3140630
2 ea Demist Shields A3144263
1 ea Soft Carrying Case A3187392
Shipment    11035        Our Order    11453        Your Order    11453-B

Please note, 100 Soft Cases were shipped against Shipment ID 11031, overage of 10 Soft
Cases.  Shipment 11035 was short shipped 10 to equal out the difference.

| | |
|---|---|
| Invoice Sub-total | $17,983.50 |
| Freight | $0.00 |
| Tax | $0.00 |
| **Invoice Total** | **$17,983.50** |



**C**ARSON
**I**NDUSTRIES

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11080

*Page 1 of 1*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA 94080
Phone: (800) 910-2862
Fax: 650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA 94080
Phone: (800) 910-2862
Fax: 650-875-0219

*Ship Date* **10/13/2010**
*Ship Via* FEDEX OVERNGIHT

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---|---|---|---|---|---|
| **500** | **50** | **CK0720** | **EA** | **11453-B** | **11453** |
| | 30 | *Rev* | *FOB* | DESTINATION | |
| | | PVS-7D Goggle Kit | *Terms* | Net 30 days | |
| | | Kit Contains: | *Salesperson* | | |
| | | 1 ea Rear Cover Assy w/ Eyecups A3144310 | | | |
| | | 1 ea Wired Body Housing A3207330 | | | |
| | | 8 ea Washer A3144314 | | | |
| | | 1 ea Neck Cord A3144306 | | | |
| | | 1 ea Purge Screw A3144315 | | | |
| | | 1 ea Purge O-Ring A3144316 | | | |
| | | 1 each Objective Lens Cover A3144318 | | | |
| | | 1 ea O-Ring MS28775-044 | | | |
| | | 1 ea O-Ring MS28775-032 | | | |
| | | 2 ea Washer, Flat MS15795-802B | | | |
| | | 1 ea Eyepiece, A3144422 | | | |
| | | 10 ea Screw, Machine MS51957-4B | | | |
| | | 1 ea Objective Lens Assembly A3144305 | | | |
| | | 1 ea Collimator A3172531 | | | |
| | | 1 ea Sacrificial Window A3140630 | | | |
| | | 2 ea Demist Shields A3144263 | | | |
| | | 1 ea Soft Carrying Case A3187392 | | | |

RCVD
72
10/14/10

10 785



**CARSON INDUSTRIES**

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 648-6636

# Invoice No. 3300

Page 1 of 1

| | | |
|---|---|---|
| *Shipping address:* | American Technologies Network Corp<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone:  (800) 910-2862<br>Fax:      650-875-0219 | *Ship Via:*  FEDEX OVERNGIHT<br>*Fob desc:*  DESTINATION |
| *Account address:* | **American Technologies Network Corp**<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone:  (800) 910-2862<br>Fax:      650-875-0219 | |

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| **10/15/2010** | **11/14/2010** | **Net 30 days** | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| **500** | **50** | **CK0720** | | **EA** | **599.45000** | **$29,972.50** |
| | | PVS-7D Goggle Kit | | | | |
| | | Kit Contains: | | | | |
| | | 1 ea  Rear Cover Assy w/ Eyecups A3144310 | | | | |
| | | 1 ea Wired Body Housing  A3207330 | | | | |
| | | 8 ea Washer  A3144314 | | | | |
| | | 1 ea Neck Cord  A3144306 | | | | |
| | | 1 ea Purge Screw A3144315 | | | | |
| | | 1 ea Purge O-Ring  A3144316 | | | | |
| | | 1 each Objective Lens Cover  A3144318 | | | | |
| | | 1 ea O-Ring  MS28775-044 | | | | |
| | | 1 ea O-Ring  MS28775-032 | | | | |
| | | 2 ea Washer, Flat  MS15795-802B | | | | |
| | | 1 ea Eyepiece, A3144422 | | | | |
| | | 10 ea Screw, Machine  MS51957-4B | | | | |
| | | 1 ea Objective Lens Assembly A3144305 | | | | |
| | | 1 ea Collimator A3172531 | | | | |
| | | 1 ea Sacrificial Window A3140630 | | | | |
| | | 2 ea Demist Shields A3144263 | | | | |
| | | 1 ea Soft Carrying Case A3187392 | | | | |
| | | Shipment    11080    Our Order    11453    Your Order    11453-B | | | | |

10 786

| | |
|---|---|
| Invoice Sub-total | $29,972.50 |
| Freight | $0.00 |
| Tax | $0.00 |
| **Invoice Total** | **$29,972.50** |



**C ARSON INDUSTRIES**

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11083

*Page 1 of 2*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship Date* **10/14/2010**
*Ship Via*   FEDEX OVERNGIHT

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---|---|---|---|---|---|
| 500 | 30 | **CK0720** | **EA** | **11453-B** | 11453 |
|  | 0 | *Rev* |  | *FOB*  DESTINATION |  |
|  |  | PVS-7D Goggle Kit |  | *Terms*  Net 30 days |  |
|  |  | Kit Contains: |  | *Salesperson* |  |
|  |  | 1 ea  Rear Cover Assy w/ Eyecups A3144310 |  |  |  |
|  |  | 1 ea  Wired Body Housing  A3207330 |  |  |  |
|  |  | 8 ea  Washer  A3144314 |  |  |  |
|  |  | 1 ea  Neck Cord  A3144306 |  |  |  |
|  |  | 1 ea  Purge Screw A3144315 |  |  |  |
|  |  | 1 ea  Purge O-Ring A3144316 |  |  |  |
|  |  | 1 each Objective Lens Cover A3144318 |  |  |  |
|  |  | 1 ea  O-Ring  MS28775-044 |  |  |  |
|  |  | 1 ea  O-Ring  MS28775-032 |  |  |  |
|  |  | 2 ea  Washer, Flat  MS15795-802B |  |  |  |
|  |  | 1 ea  Eyepiece, A3144422 |  |  |  |
|  |  | 10 ea  Screw, Machine  MS51957-4B |  |  |  |
|  |  | 1 ea  Objective Lens Assembly A3144305 |  |  |  |
|  |  | 1 ea  Collimator A3172531 |  |  |  |
|  |  | 1 ea  Sacrificial Window A3140630 |  |  |  |
|  |  | 2 ea  Demist Shields A3144263 |  |  |  |
|  |  | 1 ea  Soft Carrying Case A3187392 |  |  |  |
| 500 | 70 | **CK0720** | **EA** | **11533-B** | 11533 |
|  | 430 | *Rev* |  | *FOB*  ORIGIN |  |
|  |  | PVS-7D Goggle Kit |  | *Terms* |  |

*100 total*
*RCVD*
*SL*
*10/15/10*

10 812

**Continued over .../**



5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11083

*Page 2 of 2*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:     650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:     650-875-0219

*Ship Date* **10/14/2010**
*Ship Via*   FEDEX OVERNGIHT

| Del Qty | Ship/BO Qty Part ID/Description | U/M | Your Order | Our Order |
|---------|-------------------------------|-----|-----------|-----------|
| | Kit Contains: | *Salesperson* | | |

Kit Contains:
1 ea  Rear Cover Assy w/ Eyecups A3144310
1 ea Wired Body Housing  A3207330
8 ea Washer  A3144314
1 ea Neck Cord  A3144306
1 ea Purge Screw A3144315
1 ea Purge O-Ring  A3144316
1 each Objective Lens Cover A3144318
1 ea O-Ring  MS28775-044
1 ea O-Ring  MS28775-032
2 ea Washer, Flat  MS15795-802B
1 ea Eyepiece, A3144422
10 ea Screw, Machine  MS51957-4B
1 ea Objective Lens Assembly A3144305
1 ea Collimator A3172531
1 ea Sacrificial Window A3140630
2 ea Demist Shields A3144263
1 ea Soft Carrying Case A3187392



**C**ARS**N**
**INDUSTRIES**

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Invoice No. 3303

Page 1 of 2

| | | |
|---|---|---|
| **Shipping address:** | American Technologies Network Corp<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone:  (800) 910-2862<br>Fax:      650-875-0219 | **Ship Via:** FEDEX OVERNGIHT<br>**Fob desc:** DESTINATION |
| **Account address:** | **American Technologies Network Corp**<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone:  (800) 910-2862<br>Fax:      650-875-0219 | |

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| 10/15/2010 | 11/14/2010 | Net 30 days | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 500 | 30 | **CK0720** | | EA | 599.45000 | $17,983.50 |
| | | PVS-7D Goggle Kit | | | | |

Kit Contains:
1 ea  Rear Cover Assy w/ Eyecups A3144310
1 ea Wired Body Housing  A3207330
8 ea Washer  A3144314
1 ea Neck Cord  A3144306
1 ea Purge Screw A3144315
1 ea Purge O-Ring  A3144316
1 each Objective Lens Cover  A3144318
1 ea O-Ring  MS28775-044
1 ea O-Ring  MS28775-032
2 ea Washer, Flat  MS15795-802B
1 ea Eyepiece, A3144422
10 ea Screw, Machine  MS51957-4B
1 ea Objective Lens Assembly A3144305
1 ea Collimator A3172531
1 ea Sacrificial Window A3140630
2 ea Demist Shields A3144263
1 ea Soft Carrying Case A3187392
Shipment     11083     Our Order     11453     Your Order     11453-B

10 795

Continued over .../



5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Invoice No. 3303

Page 2 of 2

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| **500** | **70** | **CK0720** | | **EA** | **599.45000** | **$41,961.50** |
| | | PVS-7D Goggle Kit | | | | |

Kit Contains:
1 ea  Rear Cover Assy w/ Eyecups A3144310
1 ea Wired Body Housing  A3207330
8 ea Washer  A3144314
1 ea Neck Cord  A3144306
1 ea Purge Screw A3144315
1 ea Purge O-Ring  A3144316
1 each Objective Lens Cover  A3144318
1 ea O-Ring  MS28775-044
1 ea O-Ring  MS28775-032
2 ea Washer, Flat  MS15795-802B
1 ea Eyepiece, A3144422
10 ea Screw, Machine  MS51957-4B
1 ea Objective Lens Assembly A3144305
1 ea Collimator A3172531
1 ea Sacrificial Window A3140630
2 ea Demist Shields A3144263
1 ea Soft Carrying Case A3187392

| Shipment | 11083 | Our Order | 11533 | Your Order | 11533-B |

10 794

| | |
|---|---|
| *Invoice Sub-total* | $59,945.00 |
| *Freight* | $0.00 |
| *Tax* | $0.00 |
| **Invoice Total** | **$59,945.00** |



**CARSON INDUSTRIES**

5959 Shallowford Rd. Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11087

*Page 1 of 1*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA 94080
Phone: (800) 910-2862
Fax: 650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA 94080
Phone: (800) 910-2862
Fax: 650-875-0219

*Ship Date* **10/15/2010**
*Ship Via* FEDEX OVERNGIHT

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---------|-------------|--------------------|----|-----------|-----------|
| 500 | 47 | CK0720 | EA | 11533-B | 11533 |
| | 383 | *Rev* | FOB | ORIGIN | |
| | | PVS-7D Goggle Kit | *Terms* | | |
| | | Kit Contains: | *Salesperson* | | |
| | | 1 ea Rear Cover Assy w/ Eyecups A3144310 | | | |
| | | 1 ea Wired Body Housing A3207330 | | | |
| | | 8 ea Washer A3144314 | | | |
| | | 1 ea Neck Cord A3144306 | | | |
| | | 1 ea Purge Screw A3144315 | | | |
| | | 1 ea Purge O-Ring A3144316 | | | |
| | | 1 each Objective Lens Cover A3144318 | | | |
| | | 1 ea O-Ring MS28775-044 | | | |
| | | 1 ea O-Ring MS28775-032 | | | |
| | | 2 ea Washer, Flat MS15795-802B | | | |
| | | 1 ea Eyepiece, A3144422 | | | |
| | | 10 ea Screw, Machine MS51957-4B | | | |
| | | 1 ea Objective Lens Assembly A3144305 | | | |
| | | 1 ea Collimator A3172531 | | | |
| | | 1 ea Sacrificial Window A3140630 | | | |
| | | 2 ea Demist Shields A3144263 | | | |
| | | 1 ea Soft Carrying Case A3187392 | | | |

*10.18.10*
*2 boxes*
*F &*
*Mershey*



# CARSON INDUSTRIES

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

## Invoice No. 3306

Page 1 of 1

| Shipping address: | American Technologies Network Corp | Ship Via: | FEDEX OVERNGIHT |
| | 1341 San Mateo Ave | Fob desc: | ORIGIN |
| | S. San Fransisco, CA 94080 | | |
| | Phone: (800) 910-2862 | | |
| | Fax: 650-875-0219 | | |

| Account address: | **American Technologies Network Corp** |
| | 1341 San Mateo Ave |
| | S. San Fransisco, CA 94080 |
| | Phone: (800) 910-2862 |
| | Fax: 650-875-0219 |

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| 10/22/2010 | 10/22/2010 | | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| **500** | **47** | **CK0720** | | **EA** | **599.45000** | **$28,174.15** |
| | | PVS-7D Goggle Kit | | | | |

Kit Contains:
1 ea  Rear Cover Assy w/ Eyecups A3144310
1 ea  Wired Body Housing  A3207330
8 ea  Washer  A3144314
1 ea  Neck Cord  A3144306
1 ea  Purge Screw A3144315
1 ea  Purge O-Ring  A3144316
1 each Objective Lens Cover  A3144318
1 ea  O-Ring  MS28775-044
1 ea  O-Ring  MS28775-032
2 ea  Washer, Flat  MS15795-802B
1 ea  Eyepiece, A3144422
10 ea  Screw, Machine  MS51957-4B
1 ea  Objective Lens Assembly A3144305
1 ea  Collimator A3172531
1 ea  Sacrificial Window A3140630
2 ea  Demist Shields A3144263
1 ea  Soft Carrying Case A3187392

| Shipment | 11087 | Our Order | 11533 | Your Order | 11533-B |

10 789

| Invoice Sub-total | $28,174.15 |
|---|---|
| Freight | $0.00 |
| Tax | $0.00 |
| **Invoice Total** | **$28,174.15** |



**C ARSON INDUSTRIES**

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11094

*Page 1 of 1*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:     650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:     650-875-0219

*Ship Date*  **10/18/2010**
*Ship Via*   FEDEX OVERNGIHT

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---|---|---|---|---|---|
| 500 | 90 | CK0720 | EA | 11533-B | 11533 |
|  | 293 | Rev | FOB | ORIGIN | |
|  |  | PVS-7D Goggle Kit | Terms | | |
|  |  | Kit Contains: | Salesperson | | |
|  |  | 1 ea  Rear Cover Assy w/ Eyecups A3144310 | | | |
|  |  | 1 ea Wired Body Housing  A3207330 | | | |
|  |  | 8 ea Washer  A3144314 | | | |
|  |  | 1 ea Neck Cord  A3144306 | | | |
|  |  | 1 ea Purge Screw A3144315 | | | |
|  |  | 1 ea Purge O-Ring  A3144316 | | | |
|  |  | 1 each Objective Lens Cover A3144318 | | | |
|  |  | 1 ea O-Ring  MS28775-044 | | | |
|  |  | 1 ea O-Ring  MS28775-032 | | | |
|  |  | 2 ea Washer, Flat  MS15795-802B | | | |
|  |  | 1 ea Eyepiece, A3144422 | | | |
|  |  | 10 ea Screw, Machine  MS51957-4B | | | |
|  |  | 1 ea Objective Lens Assembly A3144305 | | | |
|  |  | 1 ea Collimator A3172531 | | | |
|  |  | 1 ea Sacrificial Window A3140630 | | | |
|  |  | 2 ea Demist Shields A3144263 | | | |
|  |  | 1 ea Soft Carrying Case A3187392 | | | |

RCVD
AR    10/19/10

10 809



5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Invoice No. 3313

Page 1 of 1

| Shipping address: | American Technologies Network Corp | Ship Via: | FEDEX OVERNGIHT |
|---|---|---|---|
| | 1341 San Mateo Ave | Fob desc: | ORIGIN |
| | S. San Fransisco, CA  94080 | | |
| | Phone:  (800) 910-2862 | | |
| | Fax:      650-875-0219 | | |
| Account address: | **American Technologies Network Corp** | | |
| | 1341 San Mateo Ave | | |
| | S. San Fransisco, CA  94080 | | |
| | Phone:  (800) 910-2862 | | |
| | Fax:      650-875-0219 | | |

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| **10/22/2010** | **10/22/2010** | | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| **500** | **90** | **CK0720** | | **EA** | **599.45000** | **$53,950.50** |
| | | PVS-7D Goggle Kit | | | | |
| | | Kit Contains: | | | | |
| | | 1 ea  Rear Cover Assy w/ Eyecups A3144310 | | | | |
| | | 1 ea Wired Body Housing  A3207330 | | | | |
| | | 8 ea Washer  A3144314 | | | | |
| | | 1 ea Neck Cord  A3144306 | | | | |
| | | 1 ea Purge Screw A3144315 | | | | |
| | | 1 ea Purge O-Ring  A3144316 | | | | |
| | | 1 each Objective Lens Cover  A3144318 | | | | |
| | | 1 ea O-Ring  MS28775-044 | | | | |
| | | 1 ea O-Ring  MS28775-032 | | | | |
| | | 2 ea Washer, Flat  MS15795-802B | | | | |
| | | 1 ea Eyepiece, A3144422 | | | | |
| | | 10 ea Screw, Machine  MS51957-4B | | | | |
| | | 1 ea Objective Lens Assembly A3144305 | | | | |
| | | 1 ea Collimator A3172531 | | | | |
| | | 1 ea Sacrificial Window A3140630 | | | | |
| | | 2 ea Demist Shields A3144263 | | | | |
| | | 1 ea Soft Carrying Case A3187392 | | | | |
| | | Shipment    11094      Our Order     11533      Your Order    11533-B | | | | |

10 810

| | |
|---|---|
| Invoice Sub-total | $53,950.50 |
| Freight | $0.00 |
| Tax | $0.00 |
| **Invoice Total** | **$53,950.50** |


CARSON
INDUSTRIES

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11095

*Page 1 of 1*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:     650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:     650-875-0219

*Ship Date*  **10/19/2010**
*Ship Via*   FEDEX OVERNGIHT

| Del Qty | Ship/BO Qty Part ID/Description | U/M  Your Order | Our Order |
|---|---|---|---|
| 500 | 100  CK0720 | EA   11533-B | 11533 |
|  | 193  Rev | FOB  ORIGIN |  |
|  | PVS-7D Goggle Kit | Terms |  |
|  | Kit Contains: | Salesperson |  |
|  | 1 ea  Rear Cover Assy w/ Eyecups A3144310 |  |  |
|  | 1 ea Wired Body Housing  A3207330 |  |  |
|  | 8 ea Washer  A3144314 |  |  |
|  | 1 ea Neck Cord  A3144306 |  |  |
|  | 1 ea Purge Screw A3144315 |  |  |
|  | 1 ea Purge O-Ring  A3144316 |  |  |
|  | 1 each Objective Lens Cover A3144318 |  |  |
|  | 1 ea O-Ring  MS28775-044 |  |  |
|  | 1 ea O-Ring  MS28775-032 |  |  |
|  | 2 ea Washer, Flat  MS15795-802B |  |  |
|  | 1 ea Eyepiece, A3144422 |  |  |
|  | 10 ea Screw, Machine  MS51957-4B |  |  |
|  | 1 ea Objective Lens Assembly A3144305 |  |  |
|  | 1 ea Collimator A3172531 |  |  |
|  | 1 ea Sacrificial Window A3140630 |  |  |
|  | 2 ea Demist Shields A3144263 |  |  |
|  | 1 ea Soft Carrying Case A3187392 |  |  |

RCVD
AL
10/20/10

10 805



11095

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Invoice No. 3314

Page 1 of 1

| | | |
|---|---|---|
| Shipping address: | American Technologies Network Corp<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone:  (800) 910-2862<br>Fax:  650-875-0219 | Ship Via:  FEDEX OVERNGIHT<br>Fob desc:  ORIGIN |
| Account address: | **American Technologies Network Corp**<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone:  (800) 910-2862<br>Fax:  650-875-0219 | |

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| 10/22/2010 | 10/22/2010 | | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 500 | 100 | **CK0720**<br>PVS-7D Goggle Kit | | EA | 599.45000 | $59,945.00 |

Kit Contains:
1 ea  Rear Cover Assy w/ Eyecups A3144310
1 ea Wired Body Housing  A3207330
8 ea Washer  A3144314
1 ea Neck Cord  A3144306
1 ea Purge Screw A3144315
1 ea Purge O-Ring  A3144316
1 each Objective Lens Cover  A3144318
1 ea O-Ring  MS28775-044
1 ea O-Ring  MS28775-032
2 ea Washer, Flat  MS15795-802B
1 ea Eyepiece, A3144422
10 ea Screw, Machine  MS51957-4B
1 ea Objective Lens Assembly A3144305
1 ea Collimator A3172531
1 ea Sacrificial Window A3140630
2 ea Demist Shields A3144263
1 ea Soft Carrying Case A3187392
Shipment    11095    Our Order    11533    Your Order    11533-B

10 816

| | |
|---|---|
| Invoice Sub-total | $59,945.00 |
| Freight | $0.00 |
| Tax | $0.00 |
| **Invoice Total** | **$59,945.00** |



**CARSON INDUSTRIES**

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11100

*Page 1 of 1*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship Date*  **10/20/2010**
*Ship Via*   FEDEX OVERNGIHT

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---|---|---|---|---|---|
| **500** | **100** 93 */Rev* | **CK0720** PVS-7D Goggle Kit Kit Contains: 1 ea  Rear Cover Assy w/ Eyecups A3144310 1 ea Wired Body Housing  A3207330 8 ea Washer  A3144314 1 ea Neck Cord  A3144306 1 ea Purge Screw A3144315 1 ea Purge O-Ring  A3144316 1 each Objective Lens Cover A3144318 1 ea O-Ring  MS28775-044 1 ea O-Ring  MS28775-032 2 ea Washer, Flat  MS15795-802B 1 ea Eyepiece, A3144422 10 ea Screw, Machine  MS51957-4B 1 ea Objective Lens Assembly A3144305 1 ea Collimator A3172531 1 ea Sacrificial Window A3140630 2 ea Demist Shields A3144263 1 ea Soft Carrying Case A3187392 | **EA** *FOB* ORIGIN *Terms* *Salesperson* | **11533-B** | **11533** |

RCVD
10/21/10

10 793



**CARSON INDUSTRIES**

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

$111^{00}$

## Invoice No. 3319

Page 1 of 1

| | |
|---|---|
| *Shipping address:* | American Technologies Network Corp<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone:  (800) 910-2862<br>Fax:       650-875-0219 |
| *Account address:* | **American Technologies Network Corp**<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone:  (800) 910-2862<br>Fax:       650-875-0219 |

| *Ship Via:* | FEDEX OVERNGIHT |
|---|---|
| *Fob desc:* | ORIGIN |

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| 10/22/2010 | 10/22/2010 | | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| **500** | **100** | **CK0720**<br>PVS-7D Goggle Kit | | **EA** | **599.45000** | **$59,945.00** |
| | | Kit Contains: | | | | |
| | | 1 ea  Rear Cover Assy w/ Eyecups A3144310 | | | | |
| | | 1 ea Wired Body Housing  A3207330 | | | | |
| | | 8 ea Washer  A3144314 | | | | |
| | | 1 ea Neck Cord  A3144306 | | | | |
| | | 1 ea Purge Screw A3144315 | | | | |
| | | 1 ea Purge O-Ring  A3144316 | | | | |
| | | 1 each Objective Lens Cover  A3144318 | | | | |
| | | 1 ea O-Ring  MS28775-044 | | | | |
| | | 1 ea O-Ring  MS28775-032 | | | | |
| | | 2 ea Washer, Flat  MS15795-802B | | | | |
| | | 1 ea Eyepiece, A3144422 | | | | |
| | | 10 ea Screw, Machine  MS51957-4B | | | | |
| | | 1 ea Objective Lens Assembly A3144305 | | | | |
| | | 1 ea Collimator A3172531 | | | | |
| | | 1 ea Sacrificial Window A3140630 | | | | |
| | | 2 ea Demist Shields A3144263 | | | | |
| | | 1 ea Soft Carrying Case A3187392 | | | | |
| | | Shipment    11100        Our Order     11533        Your Order     11533-B | | | | |

10 806

| | |
|---|---|
| Invoice Sub-total | $59,945.00 |
| Freight | $0.00 |
| Tax | $0.00 |
| **Invoice Total** | **$59,945.00** |



# CARSON INDUSTRIES

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11101

Page 1 of 2

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship Date* **10/21/2010**
*Ship Via*  FEDEX OVERNGIHT

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---|---|---|---|---|---|
| 500 | 93 | CK0720 | EA | 11533-B | 11533 |
| | 0 | *Rev* | *FOB* | ORIGIN | |
| | | PVS-7D Goggle Kit | *Terms* | | |
| | | Kit Contains: | *Salesperson* | | |
| | | 1 ea  Rear Cover Assy w/ Eyecups A3144310 | | | |
| | | 1 ea Wired Body Housing  A3207330 | | | |
| | | 8 ea Washer  A3144314 | | | |
| | | 1 ea Neck Cord  A3144306 | | | |
| | | 1 ea Purge Screw A3144315 | | | |
| | | 1 ea Purge O-Ring  A3144316 | | | |
| | | 1 each Objective Lens Cover A3144318 | | | |
| | | 1 ea O-Ring  MS28775-044 | | | |
| | | 1 ea O-Ring  MS28775-032 | | | |
| | | 2 ea Washer, Flat  MS15795-802B | | | |
| | | 1 ea Eyepiece, A3144422 | | | |
| | | 10 ea Screw, Machine  MS51957-4B | | | |
| | | 1 ea Objective Lens Assembly A3144305 | | | |
| | | 1 ea Collimator A3172531 | | | |
| | | 1 ea Sacrificial Window A3140630 | | | |
| | | 2 ea Demist Shields A3144263 | | | |
| | | 1 ea Soft Carrying Case A3187392 | | | |
| 1,000 | 20 | CK0720 | EA | 11542 | 11542 |
| | 980 | *Rev* | *FOB* | ORIGIN | |
| | | PVS-7D Goggle Kit | *Terms*  See Comments | | |

— NO ReClapy

113 Total

RcvD At 10/22/10

10 800

Continued over .../



**CARSON INDUSTRIES**

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11101

*Page 2 of 2*

*Invoice To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship Date*  **10/21/2010**
*Ship Via*   FEDEX OVERNGIHT

| Del Qty | Ship/BO Qty Part ID/Description | U/M  Your Order | Our Order |
|---------|-------------------------------|-----------------|-----------|
| | Kit Contains: | Salesperson | |
| | 1 ea  Rear Cover Assy w/ Eyecups A3144310 | | |
| | 1 ea Wired Body Housing  A3207330 | | |
| | 8 ea Washer  A3144314 | | |
| | 1 ea Neck Cord  A3144306 | | |
| | 1 ea Purge Screw A3144315 | | |
| | 1 ea Purge O-Ring  A3144316 | | |
| | 1 each Objective Lens Cover A3144318 | | |
| | 1 ea O-Ring  MS28775-044 | | |
| | 1 ea O-Ring  MS28775-032 | | |
| | 2 ea Washer, Flat  MS15795-802B | | |
| | 1 ea Eyepiece, A3144422 | | |
| | 10 ea Screw, Machine  MS51957-4B | | |
| | 1 ea Objective Lens Assembly A3144305 | | |
| | 1 ea Collimator A3172531 | | |
| | 1 ea Sacrificial Window A3140630 | | |
| | 2 ea Demist Shields A3144263 | | |
| | 1 ea Soft Carrying Case A3187392 | | |



## CARSON INDUSTRIES

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Invoice No. 3320

Page 1 of 2

| Shipping address: | American Technologies Network Corp | | Ship Via: | FEDEX OVERNGIHT |
| | 1341 San Mateo Ave | | Fob desc: | ORIGIN |
| | S. San Fransisco, CA 94080 | | | |
| | Phone: (800) 910-2862 | | | |
| | Fax: 650-875-0219 | | | |
| Account address: | **American Technologies Network Corp** | | | |
| | 1341 San Mateo Ave | | | |
| | S. San Fransisco, CA 94080 | | | |
| | Phone: (800) 910-2862 | | | |
| | Fax: 650-875-0219 | | | |

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| 10/22/2010 | 11/21/2010 | **Net 30 days** | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| **500** | **93** | **CK0720** | | **EA** | **599.45000** | **$55,748.85** |
| | | PVS-7D Goggle Kit | | | | |
| | | Kit Contains: | | | | |
| | | 1 ea Rear Cover Assy w/ Eyecups A3144310 | | | | |
| | | 1 ea Wired Body Housing A3207330 | | | | |
| | | 8 ea Washer A3144314 | | | | |
| | | 1 ea Neck Cord A3144306 | | | | |
| | | 1 ea Purge Screw A3144315 | | | | |
| | | 1 ea Purge O-Ring A3144316 | | | | |
| | | 1 each Objective Lens Cover A3144318 | | | | |
| | | 1 ea O-Ring MS28775-044 | | | | |
| | | 1 ea O-Ring MS28775-032 | | | | |
| | | 2 ea Washer, Flat MS15795-802B | | | | |
| | | 1 ea Eyepiece, A3144422 | | | | |
| | | 10 ea Screw, Machine MS51957-4B | | | | |
| | | 1 ea Objective Lens Assembly A3144305 | | | | |
| | | 1 ea Collimator A3172531 | | | | |
| | | 1 ea Sacrificial Window A3140630 | | | | |
| | | 2 ea Demist Shields A3144263 | | | | |
| | | 1 ea Soft Carrying Case A3187392 | | | | |

| Shipment | 11101 | Our Order | 11533 | Your Order | 11533-B |
|---|---|---|---|---|---|

10 802

Continued over .../



**C**ARSON
INDUSTRIES

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Invoice No. 3320

Page 2 of 2

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1,000 | 20 | **CK0720** | | **EA** | **599.45000** | **$11,989.00** |
| | | PVS-7D Goggle Kit | | | | |

Kit Contains:
1 ea  Rear Cover Assy w/ Eyecups A3144310
1 ea Wired Body Housing  A3207330
8 ea Washer  A3144314
1 ea Neck Cord  A3144306
1 ea Purge Screw A3144315
1 ea Purge O-Ring  A3144316
1 each Objective Lens Cover  A3144318
1 ea O-Ring  MS28775-044
1 ea O-Ring  MS28775-032
2 ea Washer, Flat  MS15795-802B
1 ea Eyepiece, A3144422
10 ea Screw, Machine  MS51957-4B
1 ea Objective Lens Assembly A3144305
1 ea Collimator A3172531
1 ea Sacrificial Window A3140630
2 ea Demist Shields A3144263
1 ea Soft Carrying Case A3187392

| | | | | |
|---|---|---|---|---|
| Shipment | 11101 | Our Order | 11542 | Your Order  11542 |

10 801

| | |
|---|---|
| *Invoice Sub-total* | $67,737.85 |
| *Freight* | $0.00 |
| *Tax* | $0.00 |
| **Invoice Total** | **$67,737.85** |



CARSON
INDUSTRIES

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11104

*Page 1 of 1*

*Invoice To:* FAINA
**American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship To:* **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA  94080
Phone: (800) 910-2862
Fax:    650-875-0219

*Ship Date* **10/22/2010**
*Ship Via*   FEDEX OVERNGIHT

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---------|-------------|---------------------|-----|------------|-----------|
| **1,000** | **100**<br>880 | CK0720<br>*Rev*<br>PVS-7D Goggle Kit<br>Kit Contains:<br>1 ea  Rear Cover Assy w/ Eyecups A3144310<br>1 ea Wired Body Housing  A3207330<br>8 ea Washer  A3144314<br>1 ea Neck Cord  A3144306<br>1 ea Purge Screw A3144315<br>1 ea Purge O-Ring  A3144316<br>1 each Objective Lens Cover A3144318<br>1 ea O-Ring  MS28775-044<br>1 ea O-Ring  MS28775-032<br>2 ea Washer, Flat  MS15795-802B<br>1 ea Eyepiece, A3144422<br>10 ea Screw, Machine  MS51957-4B<br>1 ea Objective Lens Assembly A3144305<br>1 ea Collimator A3172531<br>1 ea Sacrificial Window A3140630<br>2 ea Demist Shields A3144263<br>1 ea Soft Carrying Case A3187392 | **EA**<br>*FOB*<br>*Terms*<br>*Salesperson* | **11542**<br>ORIGIN<br>See Comments | **11542** |

RCVD
AR
10/25/10   10 820
No Rec Copy



**CARSON INDUSTRIES**

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Invoice No. 3337

Page 1 of 1

| | |
|---|---|
| **Shipping address:** | American Technologies Network Corp<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone: (800) 910-2862<br>Fax:    650-875-0219 |
| **Account address:** | **American Technologies Network Corp**<br>1341 San Mateo Ave<br>S. San Fransisco, CA  94080<br>Phone: (800) 910-2862<br>Fax:    650-875-0219 |

**Ship Via:** FEDEX OVERNGIHT
**Fob desc:** ORIGIN

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| 10/29/2010 | 10/29/2010 | **See Comments** | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1,000 | 100 | **CK0720** | | **EA** | **599.45000** | **$59,945.00** |
| | | PVS-7D Goggle Kit | | | | |
| | | Kit Contains: | | | | |
| | | 1 ea  Rear Cover Assy w/ Eyecups A3144310 | | | | |
| | | 1 ea Wired Body Housing  A3207330 | | | | |
| | | 8 ea Washer  A3144314 | | | | |
| | | 1 ea Neck Cord  A3144306 | | | | |
| | | 1 ea Purge Screw A3144315 | | | | |
| | | 1 ea Purge O-Ring  A3144316 | | | | |
| | | 1 each Objective Lens Cover  A3144318 | | | | |
| | | 1 ea O-Ring  MS28775-044 | | | | |
| | | 1 ea O-Ring  MS28775-032 | | | | |
| | | 2 ea Washer, Flat  MS15795-802B | | | | |
| | | 1 ea Eyepiece, A3144422 | | | | |
| | | 10 ea Screw, Machine  MS51957-4B | | | | |
| | | 1 ea Objective Lens Assembly A3144305 | | | | |
| | | 1 ea Collimator A3172531 | | | | |
| | | 1 ea Sacrificial Window A3140630 | | | | |
| | | 2 ea Demist Shields A3144263 | | | | |
| | | 1 ea Soft Carrying Case A3187392 | | | | |
| | | Shipment    11104    Our Order    11542    Your Order    11542 | | | | |

10 822

| | |
|---|---|
| Invoice Sub-total | $59,945.00 |
| Freight | $0.00 |
| Tax | $0.00 |
| **Invoice Total** | **$59,945.00** |



**CARSON**
INDUSTRIES

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Packing Slip No. 11158

*Page 1 of 1*

Invoice To: FAINA
**American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA 94080
Phone: (800) 910-2862
Fax: 650-875-0219

Ship To: **American Technologies Network Corp**
1341 San Mateo Ave
S. San Fransisco, CA 94080
Phone: (800) 910-2862
Fax: 650-875-0219

*Ship Date* **12/15/2010**
*Ship Via* FEDEX Ground

| Del Qty | Ship/BO Qty | Part ID/Description | U/M | Your Order | Our Order |
|---|---|---|---|---|---|
| **1,000** | **880** | CK0720 | EA | 11542 | 11542 |
|  | 0 | Rev |  | FOB ORIGIN |  |
|  |  | PVS-7D Goggle Kit | | Terms See Comments | |
|  |  | Kit Contains: | | Salesperson | |
|  |  | 1 ea  Rear Cover Assy w/ Eyecups A3144310 | | | |
|  |  | 1 ea Wired Body Housing  A3207330 | | | |
|  |  | 8 ea Washer  A3144314 | | | |
|  |  | 1 ea Neck Cord  A3144306 | | | |
|  |  | 1 ea Purge Screw A3144315 | | | |
|  |  | 1 ea Purge O-Ring  A3144316 | | | |
|  |  | 1 each Objective Lens Cover A3144318 | | | |
|  |  | 1 ea O-Ring  MS28775-044 | | | |
|  |  | 1 ea O-Ring  MS28775-032 | | | |
|  |  | 2 ea Washer, Flat  MS15795-802B | | | |
|  |  | 1 ea Eyepiece, A3144422 | | | |
|  |  | 10 ea Screw, Machine  MS51957-4B | | | |
|  |  | 1 ea Objective Lens Assembly A3144305 | | | |
|  |  | 1 ea Collimator A3172531 | | | |
|  |  | 1 ea Sacrificial Window A3140630 | | | |
|  |  | 2 ea Demist Shields A3144263 | | | |
|  |  | 1 ea Soft Carrying Case A3187392 | | | |



Rec
2Ω
12/30/10



XII

100 6048



**CARSON INDUSTRIES**

5959 Shallowford Rd, Suite 325
Chattanooga, TN 37421
Tel (423) 648-6624
Fax (423) 548-6636

# Invoice No. 3402

Page 1 of 1

| | | | |
|---|---|---|---|
| **Shipping address:** | American Technologies Network Corp<br>1341 San Mateo Ave<br>S. San Fransisco, CA 94080<br>Phone: (800) 910-2862<br>Fax: 650-875-0219 | **Ship Via:** | FEDEX Ground |
| | | **Fob desc:** | ORIGIN |
| **Account address:** | **American Technologies Network Corp**<br>1341 San Mateo Ave<br>S. San Fransisco, CA 94080<br>Phone: (800) 910-2862<br>Fax: 650-875-0219 | | |

| Invoice Date | Due Date | Terms | Salesperson |
|---|---|---|---|
| 12/17/2010 | 12/17/2010 | **See Comments** | |

| Order Qty | Ship Qty | Part ID/Description | Rev | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1,000 | 880 | **CK0720** | | EA | 599.45000 | $527,516.00 |
| | | PVS-7D Goggle Kit | | | | |
| | | Kit Contains: | | | | |
| | | 1 ea  Rear Cover Assy w/ Eyecups A3144310 | | | | |
| | | 1 ea  Wired Body Housing  A3207330 | | | | |
| | | 8 ea  Washer  A3144314 | | | | |
| | | 1 ea  Neck Cord  A3144306 | | | | |
| | | 1 ea  Purge Screw A3144315 | | | | |
| | | 1 ea  Purge O-Ring  A3144316 | | | | |
| | | 1 each Objective Lens Cover  A3144318 | | | | |
| | | 1 ea  O-Ring  MS28775-044 | | | | |
| | | 1 ea  O-Ring  MS28775-032 | | | | |
| | | 2 ea  Washer, Flat  MS15795-802B | | | | |
| | | 1 ea  Eyepiece, A3144422 | | | | |
| | | 10 ea Screw, Machine  MS51957-4B | | | | |
| | | 1 ea  Objective Lens Assembly A3144305 | | | | |
| | | 1 ea  Collimator A3172531 | | | | |
| | | 1 ea  Sacrificial Window A3140630 | | | | |
| | | 2 ea  Demist Shields A3144263 | | | | |
| | | 1 ea  Soft Carrying Case A3187392 | | | | |
| | | Shipment   11158        Our Order    11542 | Your Order   11542 | | | |

10 649

| | |
|---|---|
| Invoice Sub-total | $527,516.00 |
| Freight | $0.00 |
| Tax | $0.00 |
| **Invoice Total** | **$527,516.00** |