UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TECHNOLOGY NETWORK, CORP., <br><br> Defendant. | Case No. 14-cv-01769-NC <br><br> **ORDER TO SHOW CAUSE WHY CARSON'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED AND ATN'S EVIDENCE EXCLUDED** <br><br> Dkt. Nos. 111, 116 |

By its order on October 9, 2015, this Court set a briefing schedule on a supplemental motion for summary judgment by plaintiff Carson. Dkt. No. 111. Carson filed its motion as scheduled. Dkt. No. 116. ATN's opposition was due October 23. To date, ATN has not filed a response, a statement of non-opposition, or a motion requesting leave to modify the schedule. If ATN does not respond by tomorrow, October 28, it is forewarned that the Court may grant Carson's motion.

In the same order, the Court required ATN to identify by October 23 the evidence (expected witness testimony and proposed trial exhibits) that supports the proposition that it returned 419 (rather than 327) goggle units to Carson. Again, no response has been filed. If ATN does not respond by tomorrow, October 28, it is forewarned that the Court may exclude ATN's evidence.

**IT IS SO ORDERED.**

Dated: October 27, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-01769-NC