UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TECHNOLOGY NETWORK, CORP., <br><br> Defendant. | Case No. 14-cv-01769-NC <br><br> **ORDER RE: PRETRIAL CONFERENCE** |

The pretrial conference and hearing scheduled for November 4, 2015, at 2:00 p.m. remains on calendar. Counsel for ATN must file by November 2 at noon evidence to support his asserted medical condition (private medical information may be filed under seal); and an explanation as to when he first alerted Carson's counsel as to his inability to comply with the deadlines set for October 23 (which the Court first discovered on October 28).

**IT IS SO ORDERED.**

Dated: October 29, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-01769-NC