UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TECHNOLOGY NETWORK, CORP., <br><br> Defendant. | Case No. 14-cv-01769-NC   (SK) <br><br> **ORDER REGARDING SETTLEMENT CONFERENCE** |

Defendant's counsel represents that he is too ill to attend the Settlement Conference scheduled for tomorrow, November 3, 2015. In light of this representation, the Court HEREBY VACATES the Settlement Conference and will reset it at a later date.

The Court will hold a telephonic Conference in order to reschedule the Settlement Conference on **November 12, 2015 at 11:00 a.m.** Counsel shall set up the call and email the Court at skcrd@cand.uscourts.gov with the dial-in information by no later than November 9, 2015. Moreover, the parties are admonished that the Court will only communicate with counsel of record regarding this case.

**IT IS SO ORDERED**.

Dated:  November 2, 2015



SALLIE KIM  
United States Magistrate Judge