UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>AMERICAN TECHNOLOGY NETWORK, CORP.,<br><br>   Defendant. | Case No. 14-cv-01769-NC<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND HEARING ON MOTION FOR SUMMARY JUDGMENT TO NOVEMBER 6, 2015, 1:30 P.M.**<br><br>San Francisco Courtroom D |

In consideration of the emergency declaration of John Hartford filed today, and in order to give Carson an opportunity to respond to the filings made today by ATN, the Court CONTINUES the pretrial conference and summary judgment hearing to Friday November 6 at 1:30 p.m. in San Francisco Courtroom D.  Carson may respond to ATN's filings by noon on November 5.  A jury trial remains scheduled for November 16.

**IT IS SO ORDERED.**

Dated:  November 2, 2015                    _____
                                                                NATHANAEL M. COUSINS
                                                                United States Magistrate Judge

Case No. 14-cv-01769-NC