UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN TECHNOLOGY NETWORK, CORP.,<br><br>    Defendant. | Case No. 14-cv-01769-NC<br><br>**ORDER PERMITTING TELEPHONIC PARTICIPATION IN NOVEMBER 6 HEARING** |

Counsel for defendant ATN, John J. Hartford, may participate by telephone at the pretrial conference and hearing scheduled for November 6, 2015, at 1:30 p.m.  He must provide his telephone contact information to the Courtroom Deputy [408.535.5343] by noon on November 6.  ATN will not be allowed to have someone other than counsel of record represent it at the hearing.

**IT IS SO ORDERED.**

Dated:  November 5, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-01769-NC