JOHN J. HARTFORD/50714
Attorney at Law
1423 Avondale Road
Hillsborough, CA 94010
Tel.: 650/445-9365
Fax: 650/560-6363
Email: johnjhartford@yahoo.com

Attorney for Defendant
AMERICAN TECH.
NETWORK CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN TECH. NETWORK CORP. ET AL,<br><br>    Defendant. | NO. C 14-01769 NC<br><br>**DECLARATION OF QUALIFICATIONS OF PERSONAL SURETY LANA VAYN**<br>(CCP SECTIONS 995.520, 2015.5) |

I, LANA VAYN, declare:

1. I am one of the personal sureties who executed the undertaking herein pursuant to California Code of Civil Procedure Section 995.320 in the above-entitled matter and make this declaration in support of the undertaking.

2. I am not an officer of the court or a member of the State Bar of California and am a citizen of the United States, a resident of the State of California, an owner of real property in California, and a householder within the state of California.

3. I am presently a homemaker. My residence address is 2885 Churchill Drive, Hillsborough, California 94010.

4. I am worth more than the amount of the undertaking, and the personal property belonging to me situated in California qualifying me on the undertaking, as provided in California Code of Civil Procedure Sections 995.510(b) and 995.520(d), is worth $2,307.48 (Two Thousand Three Hundred Seven Dollars and 48 cents), over and above all debts and liabilities, exclusive of property exempt from enforcement of a money judgment, which is the amount I am relying on as qualifying me on the undertaking.

5. The property belonging to me and relied on by me as qualifying me on the undertaking consists of a 2016 BMW X6 automobile, VIN # 5uxku2c56g0n80363, under my sole ownership.

6. My best estimate of the fair market value of said automobile is no less than $60,000 (Sixty Thousand Dollars). There are no charges or liens against said automobile known to me, of public record or otherwise. My best estimate of the present fair market value of said automobile being no less than $60,000 (Sixty Thousand Dollars) is based on the fact that I purchased it brand new only approximately two months ago for $72,000 (Seventy Two Thousand Dollars).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 22, 2016, at South San Francisco, California.

By: /s/ *Lana Vayn*
    LANA VAYN

NO. C 14-01769 NC
**DECLARATION OF QUALIFICATIONS OF PERSONAL SURETY LANA VAYN**
(CCP SECTIONS 995.520, 2015.5)

2