JOHN J. HARTFORD/50714
Attorney at Law
1423 Avondale Road
Hillsborough, CA 94010
Tel.: 650/445-9365
Fax: 650/560-6363
Email: johnjhartford@yahoo.com

Attorney for Defendant
AMERICAN TECH.
NETWORK CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES INC., ) | NO. C 14-01769 NC |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE BY** |
| ) | **ELECTRONIC POSTING** |
| v. ) | |
| ) | |
| AMERICAN TECH. NETWORK CORP. ET ) | |
| AL, ) | |
| ) | |
| Defendant. ) | |

I, the undersigned, say:

I am a citizen of the United States, over the age of 18, and not a party to the within action. My mailing address is 1423 Avondale Road, Hillsborough, California 94010.

On February 24, 2016, I served the following documents by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**UNDERTAKING**

**DECLARATION OF QUALIFICATIONS OF PERSONAL SURETY MARC VAYN** (CCP SECTIONS 995.520, 2015.5) with Exhibits

**DECLARATION OF QUALIFICATIONS OF PERSONAL SURETY JAMES MUNN** (CCP SECTIONS 995.520, 2015.5) with Exhibits

**DECLARATION OF QUALIFICATIONS OF PERSONAL SURETY LANA VAYN** (CCP SECTIONS 995.520, 2015.5)

on all ECF-registered parties in the action. They are: Paul S. Malingagio (pmalingagio@sheppardmullin.com) and David A. DeGroot (ddegroot@sheppardmullin.com).

Executed on February 24, 2016, at Manton, California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ *John J. Hartford*
JOHN J. HARTFORD

NO. C 14-01769 NC
**CERTIFICATE OF SERVICE BY ELECTRONIC POSTING**