UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN TECHNOLOGY NETWORK CORP.,<br><br>　　　　Defendant. | Case No. 14-cv-01769 NC<br><br>**ORDER ADVANCING BRIEFING ON MOTION REQUESTING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 157 |

　　By motion filed March 23, 2016, plaintiff Carson requests an order to show cause why defendant ATN should not be required to furnish further or different security, or to require the justification of personal sureties under Federal Rule of Civil Procedure 65.1 and Civil Local Rule 65.1(d).  Dkt. No. 157.

　　This order advances the briefing schedule.  A response to the motion is due April 1, 2016.  A reply, if any, is due April 5, 2016.  The Court anticipates resolving the motion without need for a hearing.

　　**IT IS SO ORDERED.**

Dated:  March 24, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 14-cv-01769 NC