UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON INDUSTRIES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN TECHNOLOGY NETWORK, CORP.,<br><br>  Defendant. | Case No. 14-cv-01769 NC<br><br>**ORDER SETTING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO AMEND THE JUDGMENT AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 172, 175 |

The Court set a hearing regarding its order to show cause why defendant ATN's proffered appeals bond is sufficient for 1:00 p.m. today, in Courtroom 7, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. Counsel for Carson appeared telephonically. Neither ATN nor its counsel appeared. The Court sets a briefing schedule for the two live issues remaining in the case.

**I.   ATN'S MOTION TO AMEND THE JUDGMENT**

On April 25, 2016, ATN filed a motion to amend the final judgment in this case. Dkt. No. 175. Carson must respond to ATN's motion to amend the judgment by May 9, 2016. ATN must reply by May 16, 2016.

**II.   THE COURT'S ORDER TO SHOW CAUSE**

The Court has ordered ATN to show cause why its proffered appeals bond is sufficient. Dkt. No. 171. ATN responded on April 22, 2016. Dkt. No. 172. Carson has until May 2, 2016, to reply to ATN's response. Dkt. No. 23 at 6. Plaintiffs state that Steiny Case No. 14-cv-01769 NC

1  is a California corporation.

2  **IT IS SO ORDERED.**

4  Dated:  April 27, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-01769 NC                    2